# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 97-2132

KEITH D. SNYDER, APPELLANT,

V.

HERSHEL W. GOBER,
ACTING SECRETARY OF VETERANS AFFAIRS, APPELLEE.

Before FARLEY, HOLDAWAY, and IVERS, *Judges*.

# O R D E R

Oral arguments in the above case were scheduled to be held on Tuesday, September 19, 2000 at 2:00 pm.  It is ORDERED that the argument is canceled.

DATED:  Sep 7, 2000                                              PER CURIAM.